United States Bankruptcy Court
Southern District of Texas

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Krista Anne Schroen<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9299<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

United States Bankruptcy Court  Southern District of Texas

Case number:  25–32763

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Krista Anne Schroen
   fka Krista Anne Coalson

8/19/25

**By the court:**  Jeffrey P Norman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
Southern District of Texas

In re:                                                  Case No. 25-32763-jpn
Krista Anne Schroen                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4                          User: admin                          Page 1 of 2
Date Rcvd: Aug 19, 2025                  Form ID: 318                    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krista Anne Schroen, 22610, April Springs Lane, Katy, TX 77494-2247 |
| 12948068 | + | Freedman, Price & Anziani, PC, 1102 West Ave., Austin, TX 78701-2061 |
| 12948071 | + | Qiong Wu, 6607 Cadogan Ct, Sugar Land, TX 77479-6692 |
| 12948073 | + | Smart Financial Credit Union, 1102 West Avenue, Suite 200, Austin, TX 78701-2061 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12948067 | ^ | MEBN | Aug 19 2025 20:12:40 | Alliant Capital Management, 1965 Sheridan Drive, Buffalo, NY 14223-1251 |
| 12948069 | | Email/Text: bankruptcy@glacompany.com | Aug 19 2025 20:14:00 | GLA Collections Company, 2630 Gleeson Lane, Louisville, KY 40299 |
| 12948070 | + | Email/Text: membersolutions@mobilitycu.com | Aug 19 2025 20:16:00 | Mobility Cu, Po Box 630428, Irving, TX 75063-0120 |
| 12948072 | + | Email/Text: smartrepo@smartcu.org | Aug 19 2025 20:15:00 | Smart Financial Credit Union, 6051 North Course Drive, Houston, TX 77072-1668 |
| 12948074 | + | EDI: USAA.COM | Aug 20 2025 00:00:00 | Usaa Fsb, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 12948075 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2025 20:24:30 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 12948076 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 19 2025 20:35:54 | Wellsfargo, Po Box 10438, Des Moines, IA 50306-0438 |
| 12948077 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 19 2025 20:25:15 | Wfbna Card, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0541-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: 318 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hooman Khoshnood | on behalf of Debtor Krista Anne Schroen bk@hklawpc.com 9768@notices.nextchapterbk.com;HoomanKhoshnoodLawPC@jubileebk.net;hooman@ecf.courtdrive.com |
| Ronald J Sommers | efile@nathansommers.com  RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3